# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID ARY,

    Plaintiff

v.

ANDREW MARSHALL SAUL,
Acting Commissioner of
Social Security Administration,

    Defendant

Case No.: 3:20-cv-00104-MMD-WGC

**Order**

Re: ECF No. 5

    Before the court is Plaintiff's Request for Continuance. (ECF No. 5.) Plaintiff asks that all matters related to this case be continued for ninety days due to his health condition.

    Plaintiff's motion is **GRANTED** insofar as he has an additional **90 days** from the date of this Order to serve the Commissioner with the summons and complaint. There is nothing else to be continued at this point.

    The Clerk shall **ISSUE** a summons to the United States Attorney for the District of Nevada and deliver the summons and a copy of the complaint to the U.S. Marshal for service to the U.S. Attorney's Office at 400 S. Virginia Street, Suite 900, Reno, Nevada 89501.

    The Clerk shall also send Plaintiff two copies of the summons, and Plaintiff shall send a copy of the summons and complaint by certified mail to: (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, CA 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave., N.W., Room 4400, Washington, D.C., 20530.

If Plaintiff fails to comply with these steps and complete service on the Commissioner within **90 days**—on or before **August 13, 2020**—his complaint may be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: May 15, 2020

                                             */s/ William G. Cobb*
                                             William G. Cobb
                                             United States Magistrate Judge