UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ARY, | 3:20-cv-00104-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 8, 2020 |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of a substantial amount of documents from Plaintiff which contain communications between Plaintiff and his lawyer and documents pertaining to Plaintiff's health.

The docket reflects that on August 24, 2020, an appearance was made on behalf of the Commissioner. (ECF Nos. 14, 15.) There are currently no motions pending. The court's standard order in social security cases will be issued once the Commissioner files his answer and the administrative record.

Therefore, the documents received from Plaintiff shall be **RETURNED** to Plaintiff via U.S. Mail at the address listed on the docket. Plaintiff may seek leave to refile the documents after the Commissioner files the administrative record. Plaintiff may first want to discuss with his attorney whether the attorney-client communications should be filed with the court.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
Deputy Clerk
