NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

Chantal Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ARY, | Case No.: 3:20-cv-00104-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Motion) from January 19, 2021 to February 18, 2021. Defendant respectfully requests this additional time because counsel was unaware that Plaintiff filed his Motion with the Court on December 17, 2020. Counsel is not working in her office due to covid restrictions but notified Plaintiff when she learned that his Motion was in Defendant's mailroom. Counsel currently has seven

briefs due in other social security cases within the next month and additionally has to train a new attorney hire. Counsel, therefore, requests an additional thirty days to file Defendant's response. Counsel contacted Plaintiff on January 13, 2021 and Plaintiff does not object to this request.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted this 14th day of January 2021.

                NICHOLAS A. TRUTANICH
                United States Attorney


                */s/ Chantal R. Jenkins*
                CHANTAL R. JENKINS
                Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

                IT IS SO ORDERED:

                _____
                UNITED STATES MAGISTRATE JUDGE

                DATED: January 26, 2021