**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID ARY,

     Plaintiff

v.

ANDREW SAUL,
Commissioner of Social Security
Administration,

     Defendant

Case No.: 3:20-cv-00104-MMD-WGC

**Order**

Re: ECF Nos. 31, 36, 37

Plaintiff filed a motion to correct his motion for reversal and/or remand, noting that there is an incorrect mathematical computation, and he provides the correct computation. (ECF No. 31.) Plaintiff's motion to correct this computation in his motion is **GRANTED**.

Plaintiff has also filed a motion requesting an extension of time to file a response to The Commissioner's counter-motion to affirm, and also requests that the Commissioner produce a copy of a case referenced in their motion, *Saenz v. Astrue*. (ECF Nos. 36, 37.) The Commissioner filed a response, indicating that the Commissioner does not object to the requested extension, and provided Plaintiff with a copy of the requested case law. (ECF No. 38.)

Plaintiff's motion for an extension of time (ECF No. 36) is **GRANTED**. Plaintiff has up to and including **May 3, 2021** to file and serve his response to the Commissioner's counter-motion.[1] **There will be no further extensions absent extraordinary circumstances**.

---

[1] Plaintiff implies that the Commissioner's filing of a response to his motion and counter-motion, which are identical was improper; however, the arguments asserted in response to his motion and in their counter-motion are the same, but the rules require that the documents be docketed

1    In addition, the Commissioner has kindly provided Plaintiff with the requested case law,

2  even though the Commissioner was under no obligation to do so; therefore, Plaintiff's motion for

3  an order that the defense produce the case of *Saenz v. Astrue* (ECF No. 37) is **DENIED AS**

4  **MOOT**.

5  **IT IS SO ORDERED**.

6  Dated: March 3, 2021

7  _____
   William G. Cobb
8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
---
separately because one is a response and the other seeks affirmative relief as a counter-motion to
affirm. Therefore, there is no impropriety with the filings.