UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ARY,<br><br>                        Plaintiff,<br>    v.<br><br>ANDREW MARSHALL SAUL,<br><br>                       Defendant. | Case No. 3:20-cv-00104-MMD-CLB<br><br>ORDER |

      *Pro se* Plaintiff David Ary appeals a determination by Administrative Law Judge Craig Denney that he is not disabled and is therefore ineligible to receive supplemental security income. (ECF No. 1.) Plaintiff filed a motion for reversal and/or remand, challenging the ALJ's findings. (ECF No. 28.) Defendant Social Security Commissioner Andrew Marshall Saul filed a countermotion to affirm the ALJ's decision. (ECF No. 34.) Before the Court is the Report & Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 45 ("R&R")), recommending the Court deny Plaintiff's motion for reversal and/or remand and grant the Commissioner's cross-motion to affirm.

      Plaintiff filed an objection to the R&R.[1] (ECF Nos. 52 ("Objection").) Plaintiff's Objection is 47 pages, excluding his attached exhibits, and more than half of the Objection is single-spaced. Per the Court's Local Rules, apart from motions for summary judgment, all motions and responses are limited to 24 pages. LR 7-3(b). This rule applies to objections to R&Rs. LR IB 3-1. Moreover, all filings must be double-spaced, with no more than 28 lines per page. LR IA 10-1(a)(1). Text must be size 12 font or larger, and margins much be at least one inch on all four sides. LR IA 10-1(a)(3), (6). The Court may strike

---

[1] Plaintiff filed a provisional objection (ECF No. 48) while his request for an extension of time (ECF No. 46) was pending. The Court granted Plaintiff an extension to February 2, 2022 (ECF No. 47), and Plaintiff filed his second, formal objection (ECF No. 52) on February 7, 2022. The Court construes this second-filed objection as the operative document.

any document which does not conform to the proper format. LR IA 10-1. Plaintiff's Objection is at least double the page limit.

Because Plaintiff is *pro se*, the Court will grant him leave to file a revised objection that complies with the Court's Local Rules. Plaintiff will until April 25, 2022, to file a revised objection that comports with the rules stated above. In order to meet the page limits, the Court advises Plaintiff to focus his arguments on the facts of the case and which parts of the R&R he feels were incorrect. If Plaintiff fails to file a revised objection, the Court will consider the R&R as if no objection had been filed.

It is therefore ordered that the Court's consideration of the Report & Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 45) is deferred.

It is further ordered that Plaintiff's objection (ECF No. 52) is stricken, as it does not conform to the proper form of filings and vastly exceeds the page limit.

It is further ordered that Plaintiff may file a revised objection no later than April 25, 2022. If Plaintiff fails to file a revised objection within that time, the Court will consider the R&R as if no objection had been filed.

DATED THIS 24th Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE